# IN THE US DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LISA CASEY, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No: |
| ) | |
| UNIFIED GOVERNMENT OF WYANDOTTE ) | |
| COUNTY/KANSAS CITY, KANSAS ) | |
| As Representative of Kansas City Board of ) | |
| Public Utilities, ) | |
| 701 N. 7th St. ) | **Jury Trial Demanded** |
| Kansas City, KS 66101, ) | |
| ) | |
| Serve: Brett Deichler ) | |
| Unified Government Clerk ) | |
| 710 N. 7th Street, Suite 323 ) | |
| Kansas City, KS 66101 ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff, Lisa Casey, and for her causes of action against Defendant Unified Government of Wyandotte County/Kansas City, Kansas as Representative of Kansas City Board of Public Utilities alleges and avers as follows:

### PARTIES, GENERAL ALLEGATIONS, JURISDICTION AND VENUE

1. Plaintiff Lisa Casey, (hereinafter "Plaintiff" or "Casey") is an individual who at all relevant times was, and currently is, a resident of Kansas City, Kansas, and is employed by Kansas Board of Public Utilities in Kansas City, Kansas.

2. Defendant Unified Government of Wyandotte County/Kansas City, Kansas (hereinafter "Defendant" or "Unified Government") is a Kansas governmental entity. The Unified Government acts as a Representative of Kansas City Board of Public Utilities (hereinafter "BPU") and may be served by serving the Unified Government Clerk, Brett Deichler, at 710 N. 7th Street, Suite 323, Kansas City, Kansas 66101.

3. BPU is a public utility, owned by Defendant Unified Government, which provides electricity and water to approximately 66,000 customers in Wyandotte County and Johnson County, Kansas. BPU regularly conducts business in the state of Kansas and may be served by serving the Unified Government Clerk, Brett Deichler, at 710 N. 7th Street, Suite 323, Kansas City, Kansas 66101.

4. At all times relevant hereto, Plaintiff is an employee of BPU and enjoyed the protections accorded her in 42 U.S.C. §1981.

5. At all times relevant hereto, Defendant Unified Government is an employer governed by 42 U.S.C. §1981.

6. On information and belief, Defendant Unified Government employs (and at all times relevant hereto has employed) more than 200 employees.

7. Both jurisdiction and venue are proper in this court. This Court has original subject matter jurisdiction over all of Plaintiff's federal causes of action under 42 U.S.C. §1981. All unlawful employment practices and all other transactions and occurrences alleged herein were committed within Kansas.

8. Plaintiff seeks damages in excess of $75,000.00, exclusive of costs.

**FACTUAL BACKGROUND OF PLAINTIFF'S CLAIMS**

9. Plaintiff hereby incorporates paragraphs 1 through 8, and those that follow, by reference, as if fully set forth in these factual allegations.

10. Plaintiff is an African American.

11. Plaintiff began her employment with Defendant in approximately 1994 as a Plant Relief Operator. Currently, Plaintiff is a Service Dispatcher and has been since approximately January 2012.

12. Plaintiff has applied for numerous positions over the course of her career and was denied the opportunity to advance her career with Defendant.

13. Specifically, in or around June 2022, Plaintiff applied for Water Distribution Main. Planner/Scheduler, as well as a Lead Storeroom position. Plaintiff was offered an interview for the Lead Storeroom position, but turned it down due to the interview for the Scheduler position. Plaintiff was not selected for the Scheduler position, which was given to the spouse of the interim Chief Operating Officer. When Plaintiff inquired about it and the violation of the nepotism policy, Plaintiff was told to file a grievance because "that's what you're good at."

14. Over the course of her employment, Plaintiff has witnessed and been victim to differential treatment between minorities and Caucasian employees.

15. During her tenure as a Service Dispatcher, she has been denied overtime opportunities that had been afforded to her Caucasian coworkers.

16. Plaintiff has also filed multiple complaints, internally and externally, and has been retaliated against due to making such complaints.

## COUNT I
## RACE DISCRIMINATION/RETALIATION/HOSTILE WORK ENVIRONMENT IN VIOLATION OF 42 U.S.C.§1981

17. Plaintiff hereby incorporates by reference all previously stated allegations in ¶¶ 1 through 16 above.

18. The continuing series of events planned and carried out by Defendant Unified Government, as described above, are discriminatory, abusive, and harassing. But for her race, Plaintiff would not have experienced the discrimination, abuse and harassment described above.

19. Defendant's misconduct, as alleged above, constitutes racial discrimination and retaliation in violation of 42 U.S.C. § 1981.

20. But for her race, Plaintiff would not have been treated differently; her race is a "but for" causative factor.

21. The actions of Defendant described above had a materially adverse impact on Plaintiff. As a direct and proximate result of the discriminatory conduct of Defendant, Plaintiff has suffered actual damages in the form of lost wages and benefits (both past and future), humiliation, emotional distress and embarrassment in excess of $75,000.00.

22. Plaintiff is entitled to all actual damages in such amounts as will be proven at trial and found to be reasonable by a jury.

23. If Plaintiff prevails on her claim, she is entitled to recover all attorneys' fees, costs, and expenses as provided by law.

WHEREFORE, Plaintiff prays for judgment, after jury trial, awarding him all actual damages deemed fair and reasonable by the jury; for all attorneys' fees, costs and expenses incurred by plaintiff; and for such other equitable relief as the court deems just and proper.

## PLAINTIFF'S DEMAND FOR JURY TRIAL

Plaintiff hereby requests and demands a trial by jury on all issues so triable.

## DESIGNATED PLACE OF TRIAL

Plaintiff, by and through counsel, hereby designates the United States District Court for the District of Kansas at Kansas City as the place of trial.

Respectfully submitted,

**THE POPHAM LAW FIRM, P.C.**

By: /s/ Bert S. Braud
Bert S. Braud, KS Bar No. 14223
712 Broadway, Suite 100
Kansas City, Missouri   64105
Telephone:   (816) 221-2288
Telecopier:   (816) 221-3999
E-Mail:        bbraud@pophamlaw.com

**WYRSCH, HOBBS & MIRAKIAN, P.C.**

By: /s/ Sarah J. Duggan
Sarah J. Duggan, KS Fed. Bar # 79092
1200 Main St., Suite 2110
Kansas City, MO 64105
Ph.:     (816) 281-8733
Email:  sduggan@whmlaw.net

**ATTORNEYS FOR PLAINTIFF**