UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LISA CASEY, )<br>)<br>　　　Plaintiff, )<br>)<br>vs. )<br>)<br>UNIFIED GOVERNMENT OF WYANDOTTE )<br>COUNTY/KANSAS CITY, KANSAS, )<br>As Representative of )<br>Kansas City Board of Public Utilities, )<br>)<br>　　　Defendant. ) | Case No. 24-2005-EFM-ADM |

## ORDER

This matter comes before the court on defendant's Unopposed Motion for Extension of Time to File a Motion to Compel. (ECF 34.) By way of this motion, defendant seeks an extension of the local-rule deadline requiring discovery-related motions to "be filed within 30 days of the default or service of the response, objection, or disclosure that is the subject of the motion." D. KAN. RULE 37.1(c).

Rule 37.1 was amended effective December 1, 2022. It now states that the court may deny a discovery-related motion "filed after that 30-day period as untimely *unless* the movant demonstrates diligence in attempting to resolve the specific discovery dispute at issue." *Id.* (emphasis added). Thus, a party who files a motion to compel after the 30-day deadline must demonstrate diligence in the motion to compel itself. The rule does not contemplate an earlier, pro forma motion for an extension of time.

Because of this, the court denies defendant's motion as unnecessary. If and when defendant ultimately files a motion to compel, the court will expect defendant to demonstrate in the motion itself that it acted with diligence in attempting to resolve the discovery dispute at issue.

1

2

**IT IS THEREFORE ORDERED** that defendant's Unopposed Motion for Extension of Time to File a Motion to Compel (ECF 34) is denied.

**IT IS SO ORDERED.**

Dated July 22, 2024, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
